RECEIVED JUN 19 2019 RICHARD W. NAGEL, CLERK OF COURT COLUMBUS, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

FRED L. BILLITER JR.
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:   PRISONER # 383-177

vs.

OSU WEXNER MEDICAL CENTER
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

DANIEL VAZQUEZ, MD

ANGHELA Z. PAREDES, MD

2 19CV2550

Judge Smith

MAGISTRATE JUDGE JOLSON

**COMPLAINT**

I. PARTIES TO THE ACTION:

PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

FRED L. BILLITER JR.
NAME - FULL NAME PLEASE - PRINT

15708 McConnelsville Road
ADDRESS: STREET, CITY, STATE AND ZIP CODE

CALDWELL, OHIO 43724

N/A
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

- A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES (X) NO ( )

- B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

    1. PARTIES TO THIS PREVIOUS LAWSUIT

        PLAINTIFFS:

        FRED L. BILLITER JR. #383-177

        DEFENDANTS:

        DEPUTY WARDEN CRAIG AUFDEMKAMPE

        CPS CASE MANAGER D1 JOHN RICHARDS

        SGT. JOHN WHEELER D1 UNIT

    2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

        SOUTHERN DISTRICT

    3. DOCKET NUMBER
        219-cv-00715-JLG-KAJ

    4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

        Judge: JAMES L. GRAHAM

    5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

        STILL PENDING

    6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

        MARCH 1, 2019

    7. APPROXIMATE DATE OF THE DISPOSITION

        NOT DISPOSED OF AS OF TO THE MERITS YET

PLACE OF PRESENT CONFINEMENT

- A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES ( ) NO (X)

- B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES ( ) NO (X)

- C. IF YOUR ANSWER IS YES:

    1. WHAT STEPS DID YOU TAKE?

       [illegible struck-through text]

    2. WHAT WAS THE RESULT?

       [illegible struck-through text]

- D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

    BECAUSE THE OSU WEXNER MEDICAL CENTER IS NOT PART OF PRISON SYSTEM

- E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES (X) NO ( )

- F. IF YOUR ANSWER IS YES:

    1. WHAT STEPS DID YOU TAKE?

       YES, I DID TO ALL THE MEDICAL STAFF AT THE NOBLE CORRECTIONAL INSTITUTION WHO INTURN SENT ME BACK TO OSU WEXNER MEDICAL CENTER FOR FURTHER TREATMENT

    2. WHAT WAS THE RESULT?

       A SECOND SURGERY WAS REQUIRED FOR THE PROCEDURE THAT WAS PREVIOUSLY DONE BY OSU WEXNER MEDICAL CENTER AND ITS PHYSICIANS

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. OSU WEXNER MEDICAL CENTER
   NAMES - FULL NAME PLEASE

   410 WEST 10th AVENUE COLUMBUS, OHIO 43210
   ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. DANIEL VAZQUEZ, MD

   410 WEST 10th AVENUE COLUMBUS, OHIO 43210

3. ANGHELA Z. PAREDES, MD

   410 WEST 10th AVENUE COLUMBUS, OHIO 43210

4. 

5. 

6. 

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

4

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

My first (1) claim aganist the OSU WEXNER MEDICAL CENTER IS FOR MEDICAL MALPRATICE IN THE WAY MY HERNIA SURGERY WAS UNPROFESSIONALY TREATED AND TAKEN CARE OF BY THE OSU MEDICAL STAFF OF PHYSICIANS ASSIGNED TO ME FOR MY CARE AND TREATMENT WHICH WAS BOTCHED THE FIRST TIME IN DECEMBER OF 2016 TO WHERE I HAD TO HAVE THE SAME PROCEDURE REPEATED AGAIN IN APRIL OF 2018 FOR THE BOTCHED SURGERY THAT WAS PERFORMED UPON ME WHICH CAUSED ME GREAT PAIN AND DISCONFORT AND SERIOUS CONCERNS OF THE WAY OUS WEXNER MEDICAL CENTER ALLOWED IT'S PHYSICIANS TO PRATICE MEDICANE AND PERFORME SURGERY ON IT's PATIENCES SUCH AS MYSELF.

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

I WANT THIS HONORABLE COURT TO COMPENSATE ME FOR MY PAIN AND SUFFERING THAT I RECEIVED THROUGH THE MEDICAL MAL-PRATICE OF IT'S PHYSICIANS EMPLOYEED AT THE INSTITUTION TO WHOM THEY WERE CHARGED WITH MY CARE AND TREATMENT WHICH CAUSED ME TO HAVE A SECOND SURGERY AND TO THIS DAY I AM STILL AFFECTED BY THAT CARE AND TREATMENT AT THE OSU WEXNER MEDICAL CENTER

SIGNED THIS _22Bg_ DAY OF _JUNE - 12_ 20_19_.

_____
SIGNATURE OF PLAINTIFF

RECEIVED
JUN 19 2019
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

FRED L. BILLITER JR.
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:   PRISONER # 383-177

vs.

DANIEL VAZQUEZ, MD
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

OSU WEXNER MEDICAL CENTER

ANGHELA Z. PAREDES MD,


## COMPLAINT

I.   PARTIES TO THE ACTION:

PLAINTIFF:   PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

FRED L. BILLITER JR.
NAME - FULL NAME PLEASE - PRINT

15708 McConnellsville Road
ADDRESS: STREET, CITY, STATE AND ZIP CODE

CALDWELL, OHIO 43724


N/A
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

-1-

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

- A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES (X) NO ( )

- B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

    1. PARTIES TO THIS PREVIOUS LAWSUIT

        PLAINTIFFS:

        FRED L. BILLITER JR. #383-177

        DEFENDANTS:

        DEPUTY WARDEN CRAIG AUFDEMKAMPE

        CPS CASE MANAGER JOHN RICHARDS

        SGT. JOHN WHEELER D1 UNIT

    2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

        SOUTHERN DISTICT

    3. DOCKET NUMBER
        219-cv-00715-JLG-KAJ

    4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED
        Judge: JAMES L. GRAHAM

    5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)
        STILL PENDING

    6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT
        MARCH 1, 2019

    7. APPROXIMATE DATE OF THE DISPOSITION
        NOT DISPOSED OF AS OF TO THE MERITS YET

PLACE OF PRESENT CONFINEMENT

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES ( ) NO (x)

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES ( ) NO (x)

C. IF YOUR ANSWER IS YES:

   1. WHAT STEPS DID YOU TAKE?

   2. WHAT WAS THE RESULT?

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

   BECAUSE DANIEL VAZQUEZ, MD IS NOT ASSOCIATED WITH THE PRISON SYSTEM.

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES (X) NO ( )

F. IF YOUR ANSWER IS YES:

   1. WHAT STEPS DID YOU TAKE?

      YES, I DID TO ALL THE MEDICAL STAFF AT THE NOBLE CORRECTIONAL INSTITUTION WHO INTURN SENT ME BACK TO OSU WEXNER MEDICAL CENTER FOR FURTHER TREATMENT

   2. WHAT WAS THE RESULT?

      A SECOND SURGERY WAS REQUIRED FOR THE PROCEDURE THAT WAS PREVIOUSLY DONE BY DANIEL VAZQUEZ, MD AT THE OSU WEXNER MEDICAL CENTER

-3-

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. DANIEL VAZQUEZ, MD
   NAMES - FULL NAME PLEASE
   410 WEST 10th AVENUE COLUMBUS, OHIO 43210
   ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. OSU WEXNER MEDICAL CENTER
   410 WEST 10th AVENUE COLUMBUS, OHIO 43210

3. ANGHELA Z. PAREDES, MD
   410 WEST 10th AVENUE COLUMBUS, OHIO 43210

4. 

5. 

6. 

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

-4-

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

My first (1) claim aganist DANIEL VAZQUEZ, MD IS FOR MEDICAL MALPRATICE IN THE WAY MY HENERIA SUGERY WAS UNPROFESSIONLY TREATED AND TAKEN CARE OF BY THE PHYSICIAN ASSIGNED TO DO MY HERNIA SURGERY AND ASSIGNED TO ME FOR MY CARE AND TREATMENT WHICH WAS BOTCHED THE FIRST IN DECEMBER OF 2016 TO WHERE I HAD TO HAVE THE SAME PROCEDURE REPEATED AGAIN IN APRIL OF 2018 FOR THE BOTCHED SURGERY THAT WAS PERFORMED UPON ME WHICH CAUSED ME GREAT PAIN AND DISCOMFORT AND SERIOUS CONCERNS OF THE WAY DANIEL VAZQUEZ, MD HANDLED MY CARE AND TREATMENT UNDER THE BANNER OF THE OSU WEXNER MEDICAL CENTER FOR THE SURGERY THAT WAS PERFORMED UNDER THIS PHYSICIAN CARE.

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

I WANT THIS HONORABLE COURT TO COMPENSATE ME FOR MY PAIN AND SUFFERING THAT I RECEIVED AT THE HANDS OF DANIEL VAZQUEZ MD, A PRATICING PHYSICIAN AT THE OSU WEXNER MEDICAL CENTER WHO WAS CHARGED WITH MY CARE AND TREATMENT WHICH CAUSED ME TO HAVE A SECOND SURGERY AND TO THIS DAY I AM STILL AFFECTED BY THE CARE AND TREATMENT BY THE HANDS OF DANIEL VAZQUEZ, MD AS A MEMBER OF THE OSU WEXNER MEDICAL CENTER STAFF.

SIGNED THIS _____ DAY OF JUNE 12 , 2019.

_____
SIGNATURE OF PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

FRED L. BILLITER JR.
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER: PRISONER #383-177

vs.

ANGHELA Z. PAREDES, MD
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

OSU WEXNER MEDICAL CENTER

DANIEL VAZQUEZ, MD

2 19CV2550

Judge Smith

MAGISTRATE JUDGE JOLSON

**COMPLAINT**

I. PARTIES TO THE ACTION:

PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

FRED L. BILLITER JR.
NAME - FULL NAME PLEASE - PRINT

15708 McConnelsville Road
ADDRESS: STREET, CITY, STATE AND ZIP CODE

CALDWELL, OHIO 43724

N/A
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

-1-

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES (X) NO ( )

B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

1. PARTIES TO THIS PREVIOUS LAWSUIT

   PLAINTIFFS:

   FRED L. BILLITER JR. #383-177

   DEFENDANTS:

   DEPUTY WARDEN CRAIG AUFDEMKAMPE

   CPS CASE MANAGER D! JOHN RICHARDS

   SGT. JOHN WHEELER D! UNIT

2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

   SOUTHERN DISTRICT

3. DOCKET NUMBER

   219-cv-00715-JLG_KAJ

4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

   Judge: JAMES L. GRAHAM

5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

   STILL PENDING

6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

   MARCH 1, 2019

7. APPROXIMATE DATE OF THE DISPOSITION

   NOT DISPOSED OF AS OF TO THE MERITS YET

PLACE OF PRESENT CONFINEMENT

- A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES ( ) NO (X)

- B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES ( ) NO (X)

- C. IF YOUR ANSWER IS YES:
  1. WHAT STEPS DID YOU TAKE?

  2. WHAT WAS THE RESULT?

- D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

  BECAUSE ANGGHELA Z. PAREDES, MD IS NOT PART OF PRISON SYSTEM

- E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES (X) NO ( )

- F. IF YOUR ANSWER IS YES:
  1. WHAT STEPS DID YOU TAKE?

     YES, I DID TO ALL THE MEDICAL STAFF AT THE NOBLE CORRECTIONAL INSTITUTION WHO INTURN SENT ME BACK TO OSU WEXNER MEDICAL CENTER FOR FURTHER TREATMENT

  2. WHAT WAS THE RESULT?

     A SECOND SURGERY WAS REQUIRED FOR THE PROCEDURE THAT WAS PREVIOUSLY DONE BY WEXNER MEDICAL CENTER AND ITS PHYSICIANS IN ANGHELA Z. PAREDES.

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. ANGHELA Z. PAREDES, MD
   NAMES - FULL NAME PLEASE

   410 WEST 10th AVENUE COLUMBUS, OHIO 43210
   ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. OSU WEXNER MEDICAL CENTER

   410 WEST 10th AVENUE COLUMBUS, OHIO 43210

3. DANIEL VAZQUEZ, MD

   410 WEST 10th AVENUE COLUMBUS, OHIO 43210

4. 

5. 

6. 

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

-4-

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

My first (1) claim aganist ANGHELA Z. PAREDES, MD IS FOR MEDICAL MALPRATICE IN THE WAY MY HERNI SURGERY WAS UNPROFESSIONLY TREATED AND TAKEN CARE OF BY THE RESIDENT ASSIGNED TO ME FOR MY CARE AND TREATMENT WHICH WAS BOTCHED THE FIRST IN DECEMBER OF 2016 TO WHERE I HAD TO HAVE THE SAME PROCEDURE REPEATED AGAIN IN APRIL OF 2018 FOR THE BOTCHED SURGERY THAT WAS PERFORMED UPON ME WHICH CAUSED ME GREAT PAIN AND DISCOMFORT AND SERIOUS CONCERNS OF THE WAY ANGHELA Z. PAREDES, MD HANDLED MY CARE AND TREATMENT UNDER THE BANNER OF THE OSU WEXNER MEDICAL CENTER FOR THE SURGERY THAT WAS PERFORMED UNDER THIS PHYSICIAN CARE.

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

I WANT THIS HONORABLE COURT TO COMPENSATE ME FOR MY PAIN AND SUFFERING THAT I RECEIVED AT THE HANDS OF ANGHELA Z. PAREDES MD. A PRATICING PHYSICIAN AT THE OSU WEXNER MECICAL CENTER WHO WAS CHARGED WITH MY CARE AND TREATMENT WHICH CAUSED ME TO HAVE A SECOND SURGERY AND TO THIS DAY I AM STILL AFFECTED BY CARE AND TREATMENT AT THE HANDS OF ANGHELA Z. PAREDES AS A MEMBER OF THE OSU WEXNER MEDICAL CENTER STAFF.

SIGNED THIS _7th_ DAY OF _JUNE - 12_, 20_19_.

_[signature]_
SIGNATURE OF PLAINTIFF